IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Knowles, Kristine E

Printed: 12/23/08

Case Number: 04 B 09743
Judge: Wedoff, Eugene R
Filed: 3/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: April 25, 2008
Confirmed: June 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,986.26 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,487.45 |
| Priority: |  | 2,549.57 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 774.44 |
| Other Funds: |  | 474.80 |
| Totals: | 15,986.26 | 15,986.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 922.78 | 0.00 |
| 4. | Internal Revenue Service | Priority | 2,549.57 | 2,549.57 |
| 5. | Countrywide Home Loans Inc. | Unsecured | 150.00 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 3,734.34 | 3,734.34 |
| 7. | RoundUp Funding LLC | Unsecured | 512.23 | 512.23 |
| 8. | Hinckley Springs | Unsecured | 156.30 | 156.30 |
| 9. | World Financial Network Nat'l | Unsecured | 301.48 | 301.48 |
| 10. | First Financial | Unsecured | 4,577.24 | 4,577.24 |
| 11. | Peoples Energy Corp | Unsecured | 436.07 | 205.86 |
| 12. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Cellular One | Unsecured |  | No Claim Filed |
| 15. | MCI Worldcom | Unsecured |  | No Claim Filed |
| 16. | Tru Green Chemlawn | Unsecured |  | No Claim Filed |
| 17. | MCI Residential | Unsecured |  | No Claim Filed |
| 18. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,040.01 | $ 14,737.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knowles, Kristine E | Case Number: 04 B 09743 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 3/11/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 82.25 |
| 6.5% | 209.68 |
| 3% | 34.84 |
| 5.5% | 206.27 |
| 5% | 55.47 |
| 4.8% | 117.25 |
| 5.4% | 68.68 |
| | $ 774.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

